# IN THE SUPREME COURT OF THE STATE OF NEVADA

FAISSAL L. AHMEAD,
Appellant,
vs.
CORPOLO AVENUE TRUST; TEAL
PETALS STREET TRUST; RESOURCES
GROUP, LLC; SOUTHERN
HIGHLANDS HOA, A DOMESTIC NON-
PROFIT COOP CORPORATION;
ALESSI & KOENIG, LLC, A DOMESTIC
LIMITED LIABILITY COMPANY; AND
IYAD HADDAD, AN INDIVIDUAL,
Respondents.

No. 68801

FILED

FEB 2 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On January 4, 2016, we granted appellant's counsel David Lee Phillips's motion for an extension of time to file the case appeal statement, docketing statement, and transcript request form. Our order directed Mr. Phillips to file these documents by January 6, 2016, or face sanctions, including the dismissal of this appeal.[1] *See* NRAP 3(a)(2); NRAP 9(a)(6); NRAP 14(c). To date, Mr. Phillips has not complied.

On February 4, 2016, respondents filed a motion to dismiss this appeal based on appellant's failure to file these documents in

---

[1]A copy of this order is attached.

16-05989

compliance with this court's order and rules. Appellant has failed to oppose the motion. Accordingly, we grant the motion and we

ORDER this appeal DISMISSED.[2]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:     Hon. Douglas Smith, District Judge
        David Lee Phillips & Associates
        David Lee Phillips
        Fennemore Craig Jones Vargas/Las Vegas
        Alessi & Koenig, LLC
        Law Offices of Michael F. Bohn, Ltd.
        Eighth District Court Clerk

---

[2]The other relief requested in respondents' motion filed on February 4, 2016, is denied as moot.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

FAISSAL L. AHMEAD,
Appellant,
vs.
CORPOLO AVENUE TRUST; TEAL
PETALS STREET TRUST; RESOURCES
GROUP, LLC; SOUTHERN
HIGHLANDS HOA, A DOMESTIC NON-
PROFIT COOP CORPORATION;
ALESSI & KOENIG, LLC, A DOMESTIC
LIMITED LIABILITY COMPANY; AND
IYAD HADDAD, AN INDIVIDUAL,
Respondents.

No. 68801

FILED

JAN 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER GRANTING MOTION

Cause appearing, appellant's motion for an extension of time is granted. NRAP 26(b)(1)(A). Appellant shall have until January 6, 2016, to file and serve the case appeal statement, docketing statement, and transcript request form.[1] *See* NRAP 3(f); NRAP 9; NRAP 14. Failure to comply with this order may result in the imposition of sanctions, including dismissal of this appeal as abandoned. NRAP 9(a)(6); NRAP 14(c).

It is so ORDERED.

, C.J.

---

[1]If no transcripts are to be requested, appellant shall file a certificate to that effect within the same time period. NRAP 9(a)(1)(C).

16-00100

cc: David Lee Phillips & Associates
Fennemore Craig Jones Vargas/Las Vegas
Alessi & Koenig, LLC
Law Offices of Michael F. Bohn, Ltd.

SUPREME COURT
OF
NEVADA

(O) 1947A

2